UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:04CV207

DONALD BELL                                                                                           PLAINTIFF

v.

JO ANNE BARNHART,
Commissioner of Social Security                                                              DEFENDANT

## MEMORANDUM OPINION

This matter is before the Court upon plaintiff Donald Bell's objections to the proposed findings and recommendations of the United States Magistrate Judge. The Court has conducted a de novo review of those matters that are the subject of specific written objection, and is of the opinion that the proposed findings and recommendations should be adopted, and the decision of the Commissioner should be affirmed.

Plaintiff has raised the following objections:

1. He disputes the residual functional capacity findings and their basis, arguing that it is inconsistent with both the medical and vocational testimony;

2. The ALJ erred in finding that he has transferrable skills from his past relevant work activity;

3. The ALJ erred in the credibility findings; and

4. When the evidence is properly evaluated, the claimant should be awarded benefits under Grid Rule 201.14.

After reviewing the record in its entirety and conducting a de novo review of the matters raised by each of these objections, the Court has determined that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. As recitation of those analyses would constitute

mere repetition, the Court adopts the Magistrate Judge's proposed findings and recommendations in their entirety in lieu of writing a separate opinion. Though this Court may have reached a contrary conclusion, it is bound to uphold the Commissioner in this case, Crum v. Sullivan, 921 F.2d 642, 644 (6th Cir. 1990).

    A judgment in conformity has this day entered.